UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF THE DISBARMENT OF     MISCELLANEOUS

MICHAEL PETER ARATA     No. 21-109
Louisiana Bar Roll No. 21448

ORDER OF DISBARMENT

The Court having been notified that MICHAEL PETER ARATA was DISBARRED by the Louisiana Supreme Court effective May 4, 2021, and membership in good standing before the Bar of the Supreme Court of Louisiana being required by Local Rule 83(b)(2) as a prerequisite to practice before this Court:

IT IS ORDERED AND ADJUDGED that MICAHEL PETER ARATA, Louisiana Bar No. 21448, be, and is hereby DISBARRED, effective May 20, 2021 from practice of law before this Court, unless he shows good cause within thirty (30) days from the date of this order why he should not be DISBARRED. The DISBARMENT hereby ordered shall continue in effect until further order of this Court.

Baton Rouge, Louisiana, this   20th   day of   May  , 2021.

*[signature: Shelly D. Dick]*

**SHELLY D. DICK, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**